

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

## O R D E R

The reporter's record is due on December 27, 2019.  On December 20, 2019, Appellant filed an unopposed motion to abate this appeal for sixty days to give the parties time to finalize a tentative settlement agreement.

Appellant's unopposed motion to abate this appeal is GRANTED.  We ABATE this appeal until February 18, 2020.

We ORDER Appellant to file in this court not later than February 18, 2020, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, the reporter's record will be due on February 28, 2020.

All other appellate deadlines are SUSPENDED pending further order of this court.


_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.



Michael A. Cruz,
Clerk of Court